UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHAHJAHAN RAHMAN                                          Chapter 13

                        Debtor                Bankruptcy No. 16-12627-JKF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, this ___4th___ day of ___August___, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Jean K. FitzSimon
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
ROBERT F DATNER
340 N LANSDOWNE AVE

LANSDOWNE, PA 19050

Debtor:
SHAHJAHAN RAHMAN

376 Fairfax Road

Drexel Hill, PA 19026