United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 16-12627-jkf
Shahjahan Rahman                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 1        Date Rcvd: Aug 05, 2016
                            Form ID: pdf900        Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2016.
```
db         +Shahjahan Rahman,    376 Fairfax Road,    Drexel Hill, PA 19026-1007
13709368   +Ayesha Akter,    376 Fairfax Road,    Drexel Hill, PA 19026-1007
13709369   +BAC Home Loans Servicing, LP,     450 American St, SV416X,    Simi Valley, CA 93065-6285
13715385   +BANK OF AMERICA, N.A.,    c/o ANDREW F GORNALL,    KML Law Group, P.C.,
             701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13709370   +Delaware County Court,    201 West Front Street,    Media, PA 19063-2797
13724505   +FEDERAL HOME LOAN MORTGAGE CORPORATION,     c/o JILL MANUEL-COUGHLIN,
             Powers, Kirn & Associates, LLC,    Eight Neshaminy Interplex, Suite 215,
             Trevose, PA 19053-6980
13709371   +Robert F. Datner,    340 N. Lansdowne Avenue,    Lansdowne, PA 19050-1018
13709372   +The Datner Firm,    Robert F. Datner, Esquire,    340 N. Lansdowne Avenue,
             Lansdowne, PA 19050-1018
13742298   +Upper Darby Township,    c/o James D. Smith, Finance Director,    100 Garrett Road,
             Upper Darby, PA 19082-3135
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Aug 06 2016 01:27:02     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 06 2016 01:26:41
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 06 2016 01:26:52     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2016 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor   BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    FEDERAL HOME LOAN MORTGAGE CORPORATION
               jill@pkallc.com,    chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
              ROBERT F. DATNER    on behalf of Debtor Shahjahan  Rahman ParalegalRFD@yahoo.com,
               Datnerlaw@yahoo.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 5
```

## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHAHJAHAN RAHMAN                    Chapter 13

                    Debtor          Bankruptcy No. 16-12627-JKF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this ____4th____ day of ____August____, 2016, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Jean K. FitzSimon
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
ROBERT F DATNER
340 N LANSDOWNE AVE

LANSDOWNE, PA 19050


Debtor:
SHAHJAHAN RAHMAN

376 Fairfax Road

Drexel Hill, PA 19026